# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
OCT 06 2011
JULIA C. DUDLEY, CLERK
BY: DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Haashim Isshan Pierson ) | Case No: 5:04cr30019-1 |
| ) | USM No: 10310-084 |
| Date of Previous Judgment: 03/18/2008 ) | |
| *(Use Date of Last Amended Judgment if Applicable)* ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | ____ | Amended Offense Level: | ____ |
| Criminal History Category: | ____ | Criminal History Category: | ____ |
| Previous Guideline Range: | ____ to ____ months | Amended Guideline Range: | ____ to ____ months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**

Defendant is ineligible for a reduction because his sentencing range is not lowered by Amendment 750 (parts A and C).

Except as provided above, all provisions of the judgment dated 03/18/2008 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 10/06/2011

_____
Judge's signature

Effective Date: 10/06/2011
*(if different from order date)*

Samuel G. Wilson, United States District Judge
Printed name and title